# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

132990 & (141)(142)(143)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DAVID JEROME KENNEDY,
        Defendant-Appellant.

SC: 132990
COA: 252104
Washtenaw CC: 02-002185-FH
                    02-001859-FH

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the October 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to remand and to release evidence are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

Clerk

t0521